| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>06/03/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION, ▉▉▉▉▉ CHICAGO, ILL. ▉▉ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 18 A 10: 55 FINANCIAL DISCLOSURE OFFICE

Bowen, Dudley H

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 05/19/2008 | Washington, DC | Bd of Directors Mtg FJA | Airfare, Meals, Local Transp, Tips |
| 2. | FEDERAL JUDGES ASSOCIATION | 12/16/2008 | Washington, DC | Called meeting FJA | Airfare, Meals, Local Transp, Tips |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2.   Best Buy | A | Dividend | | | Sold | 01/15 | K | A | |
| 3.   MBIA, Inc | A | Dividend | K | T | | | | | |
| 4.   Intuit, Inc | A | Dividend | | | Sold | 05/20 | K | B | |
| 5.   Emerson Electric | A | Dividend | K | T | | | | | |
| 6.   Coventry Hlth Care | A | Dividend | | | Sold | 05/14 | K | A | |
| 7.   FISERV, Inc | A | Dividend | K | T | | | | | |
| 8.   Thor Industries, Inc | A | Dividend | | | Sold | 09/19 | K | A | |
| 9.   McGraw Hill Cos | A | Dividend | K | T | | | | | |
| 10.  Marathon Oil | A | Dividend | K | T | | | | | |
| 11.  Clorox Co | A | Dividend | | | Buy | 01/15 | K | | |
| 12.  Clorox Co | A | Dividend | | | Sold | 05/01 | J | A | |
| 13.  Markel Corp | A | Dividend | | | Buy | 03/31 | J | | |
| 14.  Markel Corp | A | Dividend | | | Sold | 09/19 | J | A | |
| 15.  Staples Inc | A | Dividend | | | Buy | 01/15 | J | | |
| 16.  Staples Inc | A | Dividend | | | Sold | 09/19 | K | C | |
| 17.  AMERITRADE ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 19. Merrill Lynch Pfd | A | Dividend | J | T | | | | | |
| 20. Pengrowth Energy | A | Dividend | K | T | | | | | |
| 21. Helios Adv Inc Fd -name change RMK | B | Dividend | J | T | | | | | |
| 22. AMERITRADE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 23. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 24. BUILDERS DESIGNS INC COM STK | | None | J | T | | | | | |
| 25. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 26. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 27. INTEL COM STK | A | Dividend | K | T | | | | | |
| 28. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 29. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 30. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 31. GENERAL ELECTRIC COM STK | A | Dividend | | | Sold | 12/26 | K | A | |
| 32. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 33. Dreyfus Hi Yld Strategy Fund | A | Dividend | J | T | | | | | |
| 34. Pengrowth Energy Tr | B | Dividend | | | Sold | 12/26 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Credit Suisse Hi Yld | A | Dividend | J | T | | | | | |
| 36. Thor Industries | A | Dividend | | | Buy | 04/09 | K | | |
| 37. Thor Industries | A | Dividend | | | Sold | 09/19 | K | C | |
| 38. Charles Schwab Money Market | B | Dividend | J | T | | | | | |
| 39. OTHER INV/TRUSTS | | | | | | | | | |
| 40. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 41. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 42. GA BK & TR MONEY MKT ACCOUNT | B | Interest | M | T | | | | | |
| 43. GA BK & TR SVG ACCT. | A | Interest | K | T | | | | | |
| 44. TIAA-CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 45. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 46. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 47. REAL PROPERTY, MCCORMICK CNTY, SC | D | Distribution | J | W | | | | | |
| 48. ZUMBOWAU, INC. | | None | | | Sold | 07/15 | L | E | |
| 49. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 50. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 51. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IJL WACHOVIA IRA #2 | | | | | | | | | |
| 53. IDII STOCK | A | Dividend | J | T | | | | | |
| 54. WACHOVIA CORP NEW FORMERLY FIRST UNION | A | Dividend | | | Sold | 04/25 | K | C | |
| 55. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 56. Vanguard Gwth Fd | A | Dividend | K | T | | | | | |
| 57. CHARLES SCHWAB FOPRMERTLY T ROWE PRICE SCIENCE AND TECH | | | | | | | | | |
| 58. MOTOROLA | A | Dividend | J | T | | | | | |
| 59. LUCENT | A | Dividend | J | T | | | | | |
| 60. XEROX | A | Dividend | J | T | | | | | |
| 61. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 62. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 63. NOVARE CAP MGT ACCOUNT | | | | | | | | | |
| 64. KINDER MORGAN INC (KMI) | A | Distribution | K | T | | | | | |
| 65. KINDER MORGAN INC | A | Distribution | J | T | | | | | |
| 66. PLAINS ALL AMER PIPELINE (PAA) | A | Distribution | K | T | | | | | |
| 67. TEPPCO PTNERS (TPP) | A | Distribution | | | Sold | 04/09 | K | A | |
| 68. SUNNOCO LOGISTICS (SXL) | A | Distribution | | | Sold | 09/19 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  SUBURBAN PROPANE (SPH) | A | Distribution | K | T | | | | | |
| 70.  MAGELLAN MIDSTREAM PTNERS | A | Distribution | | | Sold | 07/23 | J | A | |
| 71.  NORTHERN BORDERS PTNERS (NBP) | A | Distribution | K | T | | | | | |
| 72.  NORTHERN BORDERS PTNERS (NBP) | A | Distribution | J | T | | | | | |
| 73.  FERRELL GAS PTNERS (FGP) | A | Distribution | K | T | | | | | |
| 74.  KINDER MORGAN PARTNERS (KMP) | A | Distribution | K | T | | | | | |
| 75.  ENBRIDGE ENERGY (EEP) | A | Distribution | K | T | | | | | |
| 76.  ENBRIDGE ENERGY (EEP) | A | Distribution | J | T | | | | | |
| 77.  ENTERPRISE PROD PTNERS (EPD) | A | Distribution | K | T | | | | | |
| 78.  ENTERPRISE PROC PTNERS (EPD) | A | Distribution | J | T | | | | | |
| 79.  ENERGY TRANSFER EQUITY (ETE) | A | Distribution | J | T | | | | | |
| 80.  Archer Daniel Midland | B | Dividend | | | Sold | 12/26 | K | D | |
| 81.  Plum Creek Timber LLC | A | Dividend | | | Sold | 05/16 | K | | |
| 82.  Realty Income Corp REIT | B | Dividend | K | T | | | | | |
| 83.  Global Payments Inc | B | Dividend | | | Sold | 06/20 | K | D | |
| 84.  Halliburton Holdings Inc | B | Dividend | | | Sold | 12/26 | J | A | |
| 85.  Trust Charles Schwab | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fedx Corp | B | Dividend | K | T | | | | | |
| 87. Bank of America | B | Dividend | K | T | | | | | |
| 88. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 89. Lowes Companies | B | Dividend | K | T | | | | | |
| 90. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 91. Commercial Metals | A | Dividend | J | T | | | | | |
| 92. Mylan Inc | B | Dividend | K | T | | | | | |
| 93. Charles Schwab IRA #3 Rollover | | | | | | | | | |
| 94. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/03/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART IV. REIMBURSEMENTS
Two reimbursements related to the Board of Directors of the Federal Judges Association, Washington, DC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544